No. 536. GENITE v. CIVIL SERVICE COMMISSION OF TOLEDO ET AL. Sup. Ct. Ohio. Certiorari denied. *James F. Bell* for petitioner. *Frank T. Pizza* and *John J. Burkhart* for respondents.

No. 540. SCHILLER v. LEFKOWITZ. Ct. App. Md. Certiorari denied. *Charles W. Bell* for petitioner. *John M. McInerney, Wilbert McInerney, Richard B. Latham* and *Edward B. Layne, Jr.,* for respondent.

No. 542. E. W. WIGGINS AIRWAYS, INC. v. MASSACHUSETTS PORT AUTHORITY ET AL. C. A. 1st Cir. Certiorari denied. *Douglas L. Ley* for petitioner. *Warren F. Farr* for Massachusetts Port Authority, and *John M. Hall, Conrad W. Oberdorfer* and *John R. Hally* for Butler Aviation-Boston, Inc., et al., respondents.

No. 553. MCALLISTER BROTHERS, INC. v. TANKERS & TRAMPS CORP. C. A. 2d Cir. Certiorari denied. *Christopher E. Heckman* for petitioner. *Melvin J. Tublin* for respondent.

No. 566. LEE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* and *Bernard J. Mellman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 554. INTERNATIONAL BROTHERHOOD OF TELEPHONE WORKERS v. LOCAL No. 2, INTERNATIONAL BROTHERHOOD OF TELEPHONE WORKERS. C. A. 1st Cir. Certiorari denied. *Joseph T. Doyle* and *Reuben Goodman* for petitioner.